# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **TIMOTHY WILEY,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:17-cv-00095-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **JOHNNY HAWKINS,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 11, 2017 Order.

April 11, 2017

_____
Frank G. Johns, Clerk
United States District Court